UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
VIRGINIA
Alexandria Division

|  |  |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv1169 (TSE/JFA) |
| ) | |
| JOHN DOE subscriber assigned IP address, ) | |
| 70.109.60.2, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR RECONSIDERATION
## AND TO QUASH THIRD-PARTY SUBPOENA

Defendant JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 70.109.60.2 ("John Doe"), by counsel, respectfully moves the Court for Reconsideration of the Court's September 16, 2014 Order [Docket No. 6] authorizing Plaintiff, Malibu Media, LLC ("Malibu Media"), to serve a third-party subpoena on Verizon Online, LLC ("Verizon").  Defendant further requests that the Court quash the third-party subpoena issued to Verizon and a grant of such further relief as the Court deems just and proper.  Support for this Motion is set forth in the Memorandum of Law filed herewith.

Respectfully submitted,

Dated:  October 30, 2014

/s/ Ryan C. Berry
Ryan C. Berry (VSB No. 67956)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone:  (703) 749-1369
Facsimile:   (703) 714-8388
berryr@gtlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>William Egbe Tabot, Esq.
>William E. Tabot PC
>9248 Mosby Street
>Manassas, Virginia 20110-5038
>703-530-7075
>Fax: 703-530-9125
>wetabotesq@wetlawfirm.com

*Counsel for Plaintiff*

/s/ Ryan C. Berry
Ryan C. Berry (VSB No. 67956)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone:  (703) 749-1369
Facsimile:   (703) 714-8388
berryr@gtlaw.com

*Counsel for Defendant*