## MOTION HEARING

Date: 12-12-14

Start: 10:26
Finish: 10:46

Judge: **John F. Anderson**
Reporter: FTR
Deputy Clerk: **Norma T. Blackmon**

Civil Action Number: 14-1169 CV

Malibu Media, LLC

vs.

John Doe

Appearance of Counsel for ( )Pltf   ( ) Deft
( ) Matter is Uncontested
Motion to/for:

9   D's " for reconsideration of order dated 9/16/14 –
denied

Argued &
( ) Granted ( )Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(X) Order to Follow

20