DEC 1 2 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv1169 (TSE/JFA) |
| ) | |
| JOHN DOE, subscriber assigned IP address ) | |
| 70.109.60.2, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On Friday, December 12, 2014, counsel for the parties appeared before the court to present argument on defendant's Motion for Reconsideration and to Quash Third-Party Subpoena (Docket no. 9). Upon consideration of the motion, the memorandum in support (Docket no. 10), plaintiff's opposition (Docket no. 13), defendant's reply (Docket no. 14), and for the reasons stated from the bench, it is hereby

ORDERED that defendant's Motion for Reconsideration and to Quash Third-Party Subpoena is denied. However, the court will grant the entry of a protective order that allows the defendant to proceed anonymously at this point during the litigation. Doing so will alleviate any concerns of public embarrassment in being named a defendant during the early stages in this case while allowing the plaintiff to pursue its copyright infringement action. Pending further order of the court, the parties shall refrain from publicly identifying the subscriber assigned IP address 70.109.60.2 ("subscriber") on the court's public docket, and shall continue to refer to subscriber in public documents by the pseudonym "John Doe." Once additional discovery has been conducted and the plaintiff believes it has identified the actual infringer, the court may revisit

this order to determine whether continuing to allow the action to proceed anonymously is appropriate under the standards set by the Fourth Circuit in *Doe v. Public Citizen*, 749 F.3d 246 (4th Cir. 2014).

Entered this 12th day of December, 2014.

                                                /s/
                                    John F. Anderson
                                    United States Magistrate Judge
                                    John F. Anderson
                                    United States Magistrate Judge

Alexandria, Virginia